**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FEDERAL HOUSING FINANCE AGENCY;    :
FEDERAL NATIONAL MORTGAGE          :
ASSOCIATION,                        :
        Plaintiffs,         :
    v.                             :    CASE NO. 3:25-CV-00240 (SVN)
                                                :
TOWN OF AVON; FARMINGTON VALLEY    :
HEALTH DISTRICT,                    :
        Defendants.        :

## JUDGMENT

      This action having come before the Court for consideration of the Defendants'

Motion to Dismiss, before the Honorable Sarala V. Nagala, United States District Judge;

and

      The Court having considered the motion and the full record of the case including

applicable principles of law, and having granted the Defendants' motion on November

26, 2025, and the Court having granted the parties' request for an entry of final

judgment on March 3, 2026, it is hereby,

      ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the

Defendants and the case is closed.

      Dated at Hartford, Connecticut, this 4th day of March, 2026.

                                    DINAH MILTON KINNEY, Clerk

                                    By: /s/ Samantha Bergeson
                                         Samantha Bergeson
                                         Deputy Clerk

Entered on Docket: 3/4/2026